UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Alvaro Mukaba Leta

    v.                                             Case No. 26-cv-139-SE

Amy Boncher, et al


JUDGMENT


Judgment is hereby entered in accordance with the Order by Chief Judge Samantha D. Elliott dated April 27, 2026.


By the Court:

Tracy A. Uhrin
Clerk of Court


Date: April 27, 2026

cc:   Counsel of Record